# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| **JEREMY GREY,** individually, | * * * |
| Plaintiff, | * * |
| v. | *   **Case No.: 2:21-cv-02326** |
| | * |
| **BELZ INVESTCO, L.P.** a limited partnership, | * * * |
| Defendant. | * |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff stipulates to the dismissal of the action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 27th day of May, 2021.

> By: */s/ J. Luke Sanderson*
> J. Luke Sanderson #35712
> Attorney for Plaintiff
> 208 Adams Avenue
> Memphis, TN 38103
> Tel: (901) 523-1844
> luke@wcwslaw.com